**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1897**

BELQUIS LAKE,

              Plaintiff - Appellee,

       v.

CAPITAL ONE BANK,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, District Judge.  (1:11-cv-01342-LO-JFA)

Submitted:  November 2, 2012        Decided:  November 7, 2012

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Belquis Lake, Appellant Pro Se.  Ronda Brown Esaw, John Edward Thomas, Jr., MCGUIREWOODS, LLP, Tysons Corner, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Belquis Lake appeals the district court's order granting Defendant's motion to dismiss her employment discrimination action pursuant to the Americans with Disabilities Act, 42 U.S.C.A. 8812101-12213 (West 2005 & Supp. 2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lake v. Capital One Bank, No. 1:11-cv-01342-LO-JFA (E.D. Va. June 29, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED